**Dismiss and Opinion Filed July 25, 2022**

# S

### In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-22-00315-CV

## IN RE JAMES CHOICE, RENEKA TOWERS, ALYSIA CROW, NENA ELDRIDGE, CAROL OSTEEN, AND RODERICK NICHOLS, RELATORS

### Original Proceeding from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-13993

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Nowell

Relators filed a petition for writ of mandamus seeking to compel the respondent trial court judge to rule on their pending motion for class certification. On July 18, 2022, this Court received the trial court's signed Order Certifying Class Action, Findings of Fact and Conclusions of Law with Trial Plan (the "Order"). This original proceeding has been rendered moot by the trial court's entry of the Order. Accordingly, we dismiss the petition.

/Erin A. Nowell//

ERIN A. NOWELL
JUSTICE

220315f.p05